# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROLAND GRAHAM** a/k/a **RONALD GRAHAM,** : <br> Plaintiff, : <br> : <br> v. :     **CIVIL ACTION NO. 21-CV-2759** <br> : <br> **DAVID RUDOVSKY,** *et al.* : <br> Defendants. : | |

## ORDER

AND NOW, this 26th day of October, 2021, upon consideration of Roland Graham's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Graham's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. Graham is not granted leave to file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**